# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2059
_____

SHAKUR MALIK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

March 22, 2018

PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shakur Malik, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.